UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Robert Reid</u>

    v.                                                Civil No. 04-cv-369-JD

<u>Commissioner, New Hampshire</u>
<u>Department of Corrections, et al.</u>


**O R D E R**

Defendant, albeit in disregard of LR 7.1(a)(1), moves for reconsideration of the court's May 19, 2005 order on plaintiff's August 4, 2004 motion to preserve evidence.  First, defendant says it never received the motion.  Second, defendant says that the parole board tape no longer exists and that it should not be required to pay for or obtain superior court hearing transcripts of limited, if any, relevance which it does not have in its possession or control.  The defendant's motion (document no. 22) is granted, the order of May 19th is withdrawn and plaintiff's motion (document no. 5) is denied.

    **SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: June 8, 2005

cc:   Robert A. Reid, *pro se*
       Mary E. Maloney, Esq.