```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Robert Reid

    v.                             Civil No. 04-cv-369-JD

Phil Stanley, et al.


                          PROCEDURAL ORDER


    Robert Reid is proceeding in this case pro se and in forma pauperis.  He has notified the court that he is unable to pay for copies of his filings for purposes of making service on the defendants through their counsel, Assistant Attorney General, Andrew Livernois.  In a motion, he has asked the defendants to provide copies for him.

    Through the ECF docketing system, the defendants' counsel, Andrew Livernois, is notified by electronic mail each time the court dockets a filing from Reid.  Each filing is then available on the ECF docket and may be viewed electronically and printed.  Because Reid represents that he is unable to pay for paper copies of his filings to make service on the defendants' counsel, for purposes of this case ONLY, the electronic notice sent by the court to the defendants' counsel each time one of Reid's filings is docketed will constitute service as of the date of the notice.  Reid is not obligated to serve paper copies of his filings on the defendants' counsel, as would otherwise be required.

On May 18, 2006, Reid filed a motion requesting the defendants to provide copies (document no. 40) and a motion for summary judgment (document no. 41).  The electronic mail notice to Andrew Livernois will constitute service of those filings. The motion for copies (document no. 40) is terminated as moot since the issue it raises is addressed by the procedure established in this order.

SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

May 23, 2006

cc:  Robert A. Reid, pro se
     Andrew B. Livernois, Esquire